AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JOSHUA AARON and ALL U CHART, INC., <br> *Plaintiff* <br> v. <br> PAMELA BONDI, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 25-CV-04250 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Joshua Aaron and ALL U Chart, Inc.   .

Date:  12/08/2025

/s/ Noam Biale
*Attorney's signature*

Noam Biale NY0459
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street
23rd Floor
New York, NY 10004
*Address*

nbiale@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*