UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA AARON and ALL U CHART, INC.,<br><br>       Plaintiffs,<br><br>vs.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General, United States Department of Justice; KRISTI L. A. NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; THOMAS D. HOMAN, in his official capacity as White House Border Czar, and JOHN DOE FEDERAL OFFICIALS 1–10, each in their official capacities,<br><br>       Defendants. | Civil Action No. 25-CV-4250 |

## NOTICE OF ERRATA

      Plaintiffs Joshua Aaron and ALL U Chart, Inc. submit this errata to its Complaint [ECF No. 1], which was filed on December 8, 2025, in order to correct the inadvertent omission of the parties' addresses. Plaintiffs are concurrently filing a corrected Complaint that includes in the case caption the Defendants' addresses and, consistent with LCvR 5.1(c), omits Plaintiffs' addresses which will be filed under seal.

Dated: December 8, 2025

                                                            Respectfully submitted,

                                                            /s/ *Noam Biale*

                                                            Noam Biale
                                                            D.C. Bar No. NY0459

                                                           Deirdre D. von Dornum*

Kathryn E. Ghotbi*
Alexandra Conlon†
**SHER TREMONTE LLP**

90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
nbiale@shertremonte.com
dvondornum@shertremonte.com
kghotbi@shertremonte.com
aconlon@shertremonte.com

*Attorneys for Plaintiffs*

\**Application for admission pending*
† *Application for admission forthcoming*