IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BONDI, *et al.*, <br><br> Defendants. | No. 25-cv-4250-DLF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra L. Yeatts enters her appearance as counsel for Defendants in this matter. Ms. Yeatts certifies that she is personally familiar with the Local Rules of this Court.

Dated: January 7, 2025

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    JOSEPH BORSON
    Assistant Branch Director
    Federal Programs Branch

    */s/ Alexandra L. Yeatts*
    ALEXANDRA L. YEATTS (CA Bar No. 358762)
    *Trial Attorney*
    U.S. Department of Justice,
    Civil Division, Federal Programs
    1100 L Street N.W.
    Washington, DC  20005
    Tel: (202) 353-5677
    Email: Alexandra.Yeatts@usdoj.gov

    *Attorneys for Defendants*