AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JOSHUA AARON et al., *Plaintiff* | ) ) |
| v. | ) Case No. 25-CV-4250 |
| PAMELA J. BONDI et al., *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Joshua Aaron and ALL U Chart, Inc.

Date: 01/07/2025

/s/ Kathryn E. Ghotbi
*Attorney's signature*

Kathryn E. Ghotbi NY0697
*Printed name and bar number*
SHER TREMONTE LLP
90 Broad Street, Floor 23
New York, NY 10004

*Address*

kghotbi@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*