IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA AARON,<br>ALL U CHART, INC.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PAMELA J. BONDI, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-04250-DFL |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants respectfully move this Court for a fourteen (14) day time extension to file their response to Plaintiffs' corrected complaint, ECF No. 4.  Currently, Defendants' response is due on February 17, 2026.  If this motion is granted, Defendants' response would be due on March 3, 2026.  This is the first request for an extension of time to submit Defendants' response to the complaint.

Good cause exists to grant this motion, as undersigned counsel has been responsible for litigating three extremely expedited suits since Defendants were served with the complaint in this action on December 9, 2025. Additionally, counsel has numerous time-sensitive briefings due over the course of the next three weeks, and anticipates being called out of town to appear in several emergency hearings. A fourteen-day extension of the response deadline to provide counsel additional time to consult with and advise agency clients will not materially affect the resolution of this matter.

Accordingly, Defendants respectfully request that the Court extend Defendants' time to respond to the complaint until March 3, 2026.  A proposed order is attached.

1

Pursuant to Local Rule 7(m), Defense counsel conferred with Plaintiffs' counsel regarding this motion, and Plaintiffs consent to the requested extension.

Dated: January 30, 2026                     Respectfully submitted,

                                                           BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*

2