IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA AARON and ALL U CHART, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAMELA J. BONDI, et al., <br><br> *Defendants.* | Civil Action No. 1:25-CV-04250-DLF |

### NOTICE OF ATTORNEY WITHDRAWAL

Plaintiffs request the Court take notice of the withdrawal of Kathryn E. Ghotbi as attorney for Plaintiffs Joshua Aaron and ALL U Chart, Inc. as Ms. Ghotbi is departing Sher Tremonte LLP. Deirdre von Dornum and Noam Biale will continue to represent Plaintiffs.

Dated: March 3, 2026

*/s/ Joshua Aaron*
Joshua Aaron

*Plaintiff*

Respectfully submitted,

*/s/ Kathryn E. Ghotbi*
Kathryn E. Ghotbi
D.C. Bar No. NY0697

**SHER TREMONTE LLP**
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
kghotbi@shertremonte.com

*Attorney for Plaintiffs*