**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSHUA AARON and ALL U CHART, INC., | |
| Plaintiffs, | Civil Action No.: 25-cv-4250-DLF |
| v. | |
| TODD BLANCHE, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Joshua Aaron and All U Chart, Inc., respectfully provide this Notice to alert the Court to an additional decision in *Kassandra Rosado and Kreisau Group LLC v. Pamela Bondi, et al.*, No. 26 C 1532 (N.D. Ill.), that is relevant to the Court's consideration of Defendants' pending motion to dismiss. On April 20, 2026, Plaintiffs provided notice to the Court of the *Rosado* court's grant of a preliminary injunction based on nearly identical coercive statements and conduct by Pamela Bondi and Kristi Noem — two of the same former officials whose conduct is at issue here. ECF No. 27. On August 4, 2026, the *Rosado* court denied the defendants' motion to dismiss, which raised similar arguments as Defendants' motion to dismiss in this case, based on substantively identical allegations in the *Rosado* complaint and here. A copy of the *Rosado* decision is attached to this Notice.

Dated: August 10, 2026

Respectfully submitted,

| | |
|---|---|
| | */s/ Noam Biale* |
| David E. Greene (pro hac vice) | Noam Biale, DC Bar No. NY0459 |
| F. Mario Trujillo, DC Bar No. 1672880 | Deirdre von Dornum, DC Bar No. NY0696 |
| Aaron Mackey, DC Bar No. 1017004 | Justin J. Gunnell† |
| | Alexandra Conlon† |

1

2

**ELECTRONIC FRONTIER
FOUNDATION**
815 Eddy Street
San Francisco, CA 94109

(415) 436-9333
davidg@eff.org
mario@eff.org
amackey@eff.org

**SHER TREMONTE LLP**
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
nbiale@shertremonte.com
dvondornum@shertremonte.com
jgunnell@shertremonte.com
aconlon@shertremonte.com

*† Application for Admission Pro Hac Vice
forthcoming*

*Attorneys for Plaintiffs*

2