**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSHUA AARON and ALL U CHART, INC.,

Plaintiffs,

v.

TODD BLANCHE, et al.,

Defendants.

Civil Action No.: 25-cv-4250-DLF

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Joshua Aaron and All U Chart, Inc. respectfully provide this Notice to alert the Court to relevant authority issued this week. In *Massimino v. Benoit*, No. 25-1104 (2d Cir. Aug. 17, 2026), the Second Circuit "join[ed] a growing chorus of our sister circuits that have recognized a First Amendment right to record law enforcement activity in public." Slip op. at 3. The Second Circuit held that such right was clearly established as of 2018, at the time of events in question. *Id.* at 3-4. That is precisely the First Amendment-protected activity that Plaintiffs' app, ICEBlock, facilitated. A copy of the *Massimino* decision is attached to this Notice.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Noam Biale*

Noam Biale, DC Bar No. NY0459
Deirdre von Dornum, DC Bar No. NY0696
Justin J. Gunnell†
Alexandra Conlon†

**SHER TREMONTE LLP**
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
nbiale@shertremonte.com

David E. Greene (pro hac vice)
F. Mario Trujillo, DC Bar No. 1672880
Aaron Mackey, DC Bar No. 1017004

**ELECTRONIC FRONTIER FOUNDATION**
815 Eddy Street
San Francisco, CA 94109

(415) 436-9333

davidg@eff.org
mario@eff.org
amackey@eff.org

dvondornum@shertremonte.com
jgunnell@shertremonte.com
aconlon@shertremonte.com

*† Application for Admission Pro Hac Vice forthcoming*

*Attorneys for Plaintiffs*