**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BONDI, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-4250 (DLF) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Pierce J. Anon enters his appearance as counsel for Defendants in this matter. Mr. Anon certifies that he is personally familiar with the Local Rules of this Court.

Dated: November 18, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Pierce J. Anon*

PIERCE J. ANON
(N.Y. Bar No. 6184303)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
pierce.anon@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Pierce J. Anon, hereby certify that on November 18, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ Pierce J. Anon*
Pierce J. Anon

*Counsel for Defendants*