**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSHUA AARON,
ALL U CHART, INC.,

*Plaintiffs*,

v.

PAMELA J. BONDI, *et al*.,

*Defendants*.

No. 1:25-cv-04250-DFL

**NOTICE OF ATTORNEY WITHDRAWAL**

Defendants request the Court take notice of the withdrawal of Alexandra L. Yeatts as attorney for Defendants in the above captioned matter. Ms. Yeatts is withdrawing from this matter because she is resigning from the United States Department of Justice. Defendants will continue to be represented by Pierce Anon, counsel of record from the United States Department of Justice.

Dated: November 18, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 353-5677

Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*